AO 442 (Rev/11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| Anthony Michael Hayne | ) | Docket Number   [0647 1:12CR00238]-[003] |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Judge without unnecessary delay *(name of the person to be arrested)* Anthony Michael Hayne

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
On October 11, 2019, Hayne was indicted on case number 19-CR-64459-A for Felonious Assault [F2] and Domestic Violence [F3]. On October 28, 2019, a capias was issued for the person on supervision due to failure to appear for arraignment. He also has admitted to actively abusing alcohol and illicit drugs.

Date  11/12/19

Issuing officer's signature

Patricia A. Gaughan, UNITED STATES DISTRICT JUDGE

City and state: _____

*Printed name and title*

### Return

This warrant was received on *(date)* 11/13/19, and the person was arrested on *(date)* 11/13/19 at *(city and state)*

Date: 11/14/19

*Arresting officer's signature*

L. Conyers / USMS

*Printed name and title*