AO 442 (Rev/11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| Anthony Michael Hayne | ) | Docket Number   [0647 1:12CR00238]-[003] |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Judge without unnecessary delay *(name of the person to be arrested)* Anthony Michael Hayne

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Mr. Hayne is actively abusing methamphetamines and operating a vehicle while under the influence.

Date   September 7, 2023

*Issuing officer's signature*

City and state:   Cleveland, Ohio

Patricia A. Gaughan, UNITED STATES DISTRICT JUDGE

Patricia A. Gaughan, U. S. District Court Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 9/7/23, and the person was arrested on *(date)* 9/26/23 at *(city and state)* |
|---|
| Date: 9/28/23 |

*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*